**The scanned version of this document represents an exact copy of the original as submitted to the Clerk's Office. The original has not been retained.**

# ATTACHMENT 2

# LETTER FROM COLOMA TOWNSHIP

## Notice of Building Code and Zoning Violations

April 25, 2019

Brock G. Bittner
4893 Carmody Rd.
Coloma MI 49038

RE: 6800 Pine Court Unit B
11-08-0016-0013-04-6

Dear Mr. Bittner,

    This letter is to inform you of the Zoning and Building Code violations you have on the above-referenced property you own. The parcel at 6800 Pine Court is zoned R1-B single family residential. The parcel has two small dwellings on it that have been rented for a number of years. The two units have an address of 6800 A, and 6800 B, Pine Court. Coloma Charter Township has a rental ordinance in place, and it appears that you have failed to have this parcel registered as rental property. There have been several complaints of the condition of the dwellings, due to the lack of maintenance, and piles of litter and debris scattered around the yard. This parcel is also considered an existing nonconforming parcel because of the two dwellings that are on this site. The Zoning ordinance states that only one dwelling shall be allowed upon a lot of record.

    Due to complaints, Ordinance Officer Rory Bell has posted a Notice of Condemnation and Order of Demolition due to the fact that unit B. is not fit for human occupancy.

    On April 4, 2019, I met with Justin Dowling, one of three owners you are in the process of selling this property to on a land contract. After doing a walk through and viewing the deteriorated condition of this structure, I have found that the ceiling height in the bedrooms are only 6'-6 1/2" and in the Living room and kitchen is only 6'-9/14" from finish floor. This structure does not meet the minimum ceiling height of 7'-0" for human occupancy. This Unit B., shall not be occupied until one of the following have been met.

You must do the following:

1. Hire a licensed contractor to remove the entire roof framing, extend the wall height to 8'-0" to the top the double 2x4 plate, and install a new truss roof system. In addition to the new roof, all other deficiencies such as the foundation, windows,

Exhibit 2 Page 1 of 2

  doors, siding, drywall, and electrical up grades and smoke detectors with battery backup shall be completed. All work to be done by a licensed contractor.
2. Demolish Unit B. and haul to the landfill, making this parcel now a conforming parcel with only 1 dwelling upon a lot of record.
   If this is to be used as rental property, it must be registered as a rental with Coloma Charter Township as a rental.

Section 33.02 – Penalties for Violations of the township Zoning Ordinance states that: Violation of the provisions of this Ordinance or failure to comply with any of its requirements shall constitute a misdemeanor. Any person who violates this Ordinance or fails to comply with any of its requirements shall, upon conviction thereof, be fined not more than Five Hundred Dollars ($500) or imprisoned for not more than ninety-three (93) days, or both, and in addition shall pay all costs and expenses involved in the case. Each day such violation continues shall be considered a separate offence.
The owner and/or tenant of any building, structure, premises, or part thereof, and any architect, builder, contractor, agent, or other person who commits, participates in, assists in, or maintains such violation may each be found guilty of a separate offence and suffer the penalties herein provided.

Nothing herein contained shall prevent the Township from taking such other lawful action as is necessary to prevent or remedy any violation.

Please respond within 30 days of receipt of this notice.

Should you have any questions, feel free to call me at 269-208-6534.

Respectfully,

Bernard Kelley
Coloma Charter Township
Building Official

Cheryl VanDrasek
Coloma Charter Township
Zoning Administrator

CC: Coloma Township Board
    Coloma Township Attorney

Exhibit 2 Page 2 of 2