**ATTACHMENT 3**

**PHOTOS OF PROPERTY AND MOTORHOME**

6800 Pine Court # B
This is the condition of
he residence the first
time I registered as a
sex offender.

