# ATTACHMENT 4

# EMAIL FROM PROSECUTOR

**From:** Jonbrielle Gill <jgill@berriencounty.org>
**Sent:** Tuesday, April 29, 2025 2:55 PM
**To:** Art Been <artb@hamptonlaw.net>
**Subject:** Status Conference 5/2/2025

Good afternoon,

Please see attached status offer for Friday, May 2, 2025 in front of Judge Pasula. This is a slightly different offer to plead guilty to two misdemeanors, one being a one-year and the other being a 93-day. The offer at our last court date was to plead to the high-court misdemeanor, which is a two-year.

Additionally, I wanted to approach you with the idea of waiving a jury trial and requesting a bench trial. I figured I would present the idea due to the fact that there are a lot of pieces to this case that could potentially confuse a jury, whereas we could present the case to the judge and let her decide. Of course this is your decision, but it was just a thought.

Let me know.

Thanks,

Jonbrielle Gill
Assistant Prosecuting Attorney
Berrien County Prosecutor's Office
811 Port Street | St. Joseph 49085
(269) 983-7111 ext. 8311

**Exhibit 4 Page 1 of 1**