1:25-cv-542

FILED - KZ
May 12, 2025 11:42 AM
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
 ems   Scanned by ES 5/12



------

## PROOF OF SERVICE

This summons for _____Hon. Angela Pasula_____ was received by me on __May 12, 2025__.
(name of individual and title, if any)                                                                                       (date)

☒ I personally served the summons on the individual at __811 Port St, St. Joseph, MI__
 on __May 12, 2025 @ 9:25 am__                                                             (place where served)
      (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                                                                  (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                                                    (date)

☐ I served the summons on _____, who is designated by law to accept service
                                                 (name of individual)
of process on behalf of _____ on _____.
                                           (name of organization)                                (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: __May 12, 2025__

                                                                                    _____
                                                                                    Server's signature

Additional information regarding attempted service, etc.:      Elvis Narciso
                                                                                    Server's printed name and title

I personally handed the paperwork to       3795 111th Ave. Allegan MI 49010
the Judge's bailiff and watched him hand it            Server's address
1:25-CV-542        to her.