UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARTHUR LEE BEEN, JR.,

    Plaintiff,

v.

ANGELA M. PASULA et al.

    Defendants.

_____/

Case No. 1:25-cv-542

HON. ROBERT J. JONKER

## ORDER OF REFERENCE

The Court refers this case to Magistrate Judge Phillip J. Green for all pretrial purposes. The magistrate judge shall decide all nondispositive motions and conduct all necessary conferences pursuant to 28 U.S.C. §636(b)(1)(A). The magistrate judge shall file a report and recommendation on all dispositive matters under 28 U.S.C. §636(b)(1)(B).

Dated:  May 13, 2025

/s/ Robert J. Jonker
ROBERT J. JONKER
UNITED STATES DISTRICT JUDGE