UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARTHUR LEE BEEN, JR.,

    Plaintiffs,

v

ANGELA M. PASULA HON. DISTRICT JUDGE BERRIEN COUNTY, OFFICAL CAPACITY, NAMED AS ANGELA PASULA, GRETCHEN WHITMER, GOVERNOR, OFFICIAL CAPACITY, JAMES GRADY, II, COLONEL, DIRECTOR OF THE MICHIGAN STATE POLICE, OFFICIAL CAPACITY, ALSO NAMED AS JAMES GRADY,

    Defendants.

No. 1:25-cv-0042

HON. ROBERT J. JONKER

MAG. PHILLIP J. GREEN

---

Arthur Lee Been, Jr.
Plaintiff
In Pro Se
34871 28th Ave.
Paw Paw, MI 49079
(405) 906-9999

---

Eric M. Jamison (P75721)
Attorney for Defendant James Grady, II
Michigan Department of Attorney General
State Operations Division
P.O. Box 30754
Lansing, MI 48909
(517) 335-7573
jamisone@michigan.gov

                              /

**PROOF OF SERVICE**

I hereby certify that I have mailed by United States Postal Service the appearance to the following non-ECF participants:

Arthur Lee Been, Jr.
34871 28th Ave.
Paw Paw, MI 49079

                                                      /s/ *Eric M. Jamison*
                                                      Assistant Attorney General
                                                      Attorneys for Defendant Grady
                                                      State Operations Division
                                                      P.O. Box 30754
                                                      (517) 335-7573
                                                      jamisone@michigan.gov
                                                      P75721