UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

_____

| | |
|---|---|
| ARTHUR LEE BEEN, JR., | |
|     Plaintiff, | Hon. Robert J. Jonker |
| | Mag. Judge Phillip J. Green |
| vs. | |
| HON. ANGELA PASULA, GRETCHEN WHITMER, and JAMES GRADY, | Case No: 1:25-cv-542 |
|     Defendants. | |

| | |
|---|---|
| Arthur Lee Been, Jr.<br>Plaintiff<br>In Pro Per<br>24871 28th Ave.<br>Paw Paw, MI 49079<br>(405) 906-9999 | Kristen L. Rewa (P73043)<br>Cummings, McClorey, Davis & Acho, PLC<br>Attorneys for Defendant Pasula<br>2851 Charlevoix Drive, SE, Suite 203<br>Grand Rapids, MI 49546<br>(616) 975-7470<br>krewa@cmda-law.com<br><br>Eric Michael Jamison<br>Attorney for Defendant Grady<br>MI Dept of Attorney General<br>Civil Rights and Election Division<br>525 W. Ottawa Street<br>P.O. Box 30736<br>Lansing, MI 48909<br>(517) 335-7573<br>(517) 335-7578 Fax<br>jamisone@michigan.gov |

**PROOF OF SERVICE**

The undersigned certifies that on May 16, 2025 she did serve a copy of the non-document attorney appearance (Kristen L. Rewa for Hon. Angela Pasula) to the Plaintiff via U.S. Mail and counsel noted above via electronic mail.  I declare that the statements contained above are true to the best of my information, knowledge, and belief.

{02302011-1 }

Dated: May 16, 2025					*/s/ Carol A. Richards*
							Carol A. Richards

{02302011-1 }