UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARTHUR LEE BEEN, JR.,

    Plaintiffs,

v

ANGELA M. PASULA HON. DISTRICT JUDGE BERRIEN COUNTY, OFFICAL CAPACITY, NAMED AS ANGELA PASULA, GRETCHEN WHITMER, GOVERNOR, OFFICIAL CAPACITY, JAMES GRADY, II, COLONEL, DIRECTOR OF THE MICHIGAN STATE POLICE, OFFICIAL CAPACITY, ALSO NAMED AS JAMES GRADY,

    Defendants.

No. 1:25-cv-0042

HON. ROBERT J. JONKER

MAG. PHILLIP J. GREEN

Arthur Lee Been, Jr.
Plaintiff
In Pro Se
34871 28th Ave.
Paw Paw, MI 49079
(405) 906-9999

Eric M. Jamison (P75721)
Attorney for Defendants James Grady, II and Gretchen Whitmer
Michigan Department of Attorney General
State Operations Division
P.O. Box 30754
Lansing, MI 48909
(517) 335-7573
jamisone@michigan.gov

    /

**PROOF OF SERVICE**

I hereby certify that I have mailed on May 27, 2025, by United States Postal Service first class mail postage paid the appearance to the following non-ECF participants:

Arthur Lee Been, Jr.
34871 28th Ave.
Paw Paw, MI 49079

/s/ *Eric M. Jamison*
Assistant Attorney General
Attorneys for Defendant Grady
State Operations Division
P.O. Box 30754
(517) 335-7573
jamisone@michigan.gov
P75721