UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARTHUR LEE BEEN, JR.,

    Plaintiff,

v

HON. ANGELA PASULA DISTRICT JUDGE BERRIEN COUNTY, GOVERNOR GRETCHEN WHITMER, COLONEL JAMES GRADY COLONEL, DIRECTOR OF THE MICHIGAN STATE POLICE, ALL IN THEIR OFFICIAL CAPACITIES,

    Defendants.

No. 1:25-cv-00542

HON. ROBERT J. JONKER

MAG. PHILLIP J. GREEN

**DEFENDANTS' MOTION TO DISMISS UNDER FED. R. CIV. P. 12(B)(1) & (6)**

---

Arthur Lee Been, Jr.
Plaintiff
In Pro Se
34871 28th Ave.
Paw Paw, MI 49079
(405) 906-9999

Kristen Lee Rewa (P73043)
Attorney for Defendant Pasula
Cummings, McClorey, Davis & Acho
2851 Charlevoix Dr SE Ste 203
Grand Rapids, MI 49546-7090
(616) 975-7470
krewa@cmda-law.com

Eric M. Jamison (P75721)
Attorney for Defendant Grady and Whitmer
Michigan Department of Attorney General
State Operations Division
P.O. Box 30754
Lansing, MI 48909
(517) 335-7573
jamisone@michigan.gov

Thaddeus Jeremiah Hackworth (P84996)
Attorney for Defendant Pasula
Corporate Counsel
Berrien County
701 Main St
Saint Joseph, MI 49085-1316
(269) 983-7111
thackworth@berriencounty.org

/

**DEFENDANT WHITMER AND GRADY'S MOTION TO DISMISS UNDER FED. R. CIV. P. 12(B)(1) & (6)**

1

Defendants, Governor Gretchen Whitmer and Colonel James Grady, by and through counsel, move this Court to dismiss the plaintiff's complaint under Fed. R. Civ. P. 12(b)(1) & (6) for the reasons set forth in the accompanying brief.

In accordance with L.R. 7.1(d)(i), counsel for Defendants contacted the plaintiff explaining the nature of the proposed motion and seeking concurrence in the relief sought in this motion. Concurrence was denied.

*/s/ Eric Jamison*
Eric Jamison
Assistant Attorney General
Attorney for Whitmer and Grady
State Operations Division
P.O. Box 30754
Lansing, MI 48909
(517) 335-7573
jamisone@michigan.gov
P75721

Dated: May 29, 2025

2025-0429479-A