UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARTHUR LEE BEEN, JR.,

    Plaintiff,

v

HON. ANGELA PASULA DISTRICT JUDGE
BERRIEN COUNTY, GOVERNOR
GRETCHEN WHITMER, COLONEL JAMES
GRADY COLONEL, DIRECTOR OF THE
MICHIGAN STATE POLICE, ALL IN THEIR
OFFICIAL CAPACITIES,

    Defendants.

No. 1:25-cv-00542

HON. ROBERT J. JONKER

MAG. PHILLIP J. GREEN

**PROOF OF SERVICE**

---

Arthur Lee Been, Jr.
Plaintiff
In Pro Se
34871 28th Ave.
Paw Paw, MI 49079
(405) 906-9999

Kristen Lee Rewa (P73043)
Attorney for Defendant Pasula
Cummings, McClorey, Davis & Acho
2851 Charlevoix Dr SE Ste 203
Grand Rapids, MI 49546-7090
(616) 975-7470
krewa@cmda-law.com

Eric M. Jamison (P75721)
Attorney for Defendant Grady and Whitmer
Michigan Department of Attorney General
State Operations Division
P.O. Box 30754
Lansing, MI 48909
(517) 335-7573
jamisone@michigan.gov

Thaddeus Jeremiah Hackworth (P84996)
Attorney for Defendant Pasula
Corporate Counsel
Berrien County
701 Main St
Saint Joseph, MI 49085-1316
(269) 983-7111
thackworth@berriencounty.org

/

## PROOF OF SERVICE

I hereby certify that I have served the Defendants' Motion to Dismiss Under Fed. R. Civ. P. 12(B)(1) & (6) and Brief in Support on May 29, 2025 via electronic service on ECF participants and by United States Postal Service to the following non-ECF participants:

Arthur Lee Been, Jr.
34871 28th Ave.
Paw Paw, MI 49079

                                                /s/ *Eric M. Jamison*
                                                Assistant Attorney General
                                                Attorneys for Defendant Grady
                                                State Operations Division
                                                P.O. Box 30754
                                                (517) 335-7573
                                                jamisone@michigan.gov
                                                P75721