UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ARTHUR LEE BEEN, JR., | Case No. 1:25-CV-542 |
| Plaintiff, | |
| v. | HON. ROBERT J. JONKER |
| | MAG. JUDGE PHILLIP J. GREEN |
| HON. ANGELA PASULA, GRETCHEN WHITMER, and JAMES GRADY, | |
| Defendants. | |

| | |
|---|---|
| Arthur Lee Been, Jr.<br>Plaintiff<br>*In Pro Per*<br>24871 28th Avenue<br>Paw Paw, MI 49079<br>(405) 906-9999<br><br>Thaddeus J. Hackworth (P84996)<br>Corporate Counsel<br>Berrien County – Administration<br>Co-Counsel for Def. Pasula<br>701 Main Street<br>St. Joseph, MI 49085<br>(269) 983-7111<br>thackworth@berriencounty.org | Kristen L. Rewa (P73043)<br>Cummings, McClorey, Davis & Acho, PLC<br>Attorney for Defendant Pasula<br>2851 Charlevoix Drive, SE, Suite 203<br>Grand Rapids, MI 49546<br>(616) 975-7470<br>krewa@cmda-law.com<br><br>Eric Michael Jamison (P75721)<br>MI Dept of Attorney General (Civil Rights/Liberties)<br>Civil Rights and Election Division<br>Attorney for Defendants Grady and Whitmer<br>525 W. Ottawa Street<br>P.O. Box 30736<br>Lansing, MI 48909<br>(517) 335-7573<br>(517) 335-7578 Fax<br>jamisone@michigan.gov |

## **DEFENDANT HON. ANGELA PASULA'S MOTION TO DISMISS**

NOW COMES Defendant Hon. Angela Pasula, by and through her attorneys, Cummings, McClorey, Davis & Acho, P.L.C., and hereby submits this Motion to Dismiss under Fed.R.Civ.P. 12(b)(6). An accompanying Brief is attached.

{02305676-1 }

Pursuant to LCivR 7.1(d), defense counsel sought concurrence by e-mail to Plaintiff on May 29, 2025. Concurrence was not obtained.

WHEREFORE, for the reasons stated herein and for those in the accompanying brief, this Defendant requests that this Court dismiss the claims asserted against her.

        Respectfully submitted,

        CUMMINGS, McCLOREY, DAVIS & ACHO, P.L.C.

Dated: May 30, 2025

        */s/ Kristen L. Rewa*
        Kristen L. Rewa (P73043)
        Attorney for Defendant Pasula