# EXHIBIT A

01921403-1

ARTHUR LEE BEEN, JR

| STATE OF MICHIGAN<br>5TH JUDICIAL DISTRICT<br>2ND JUDICIAL CIRCUIT | INFORMATION<br>FELONY<br>☒ AMENDED | JUDGE:<br>DISTRICT CASE NO.: 2024036093-FH<br>CIRCUIT CASE NO.: 2024-036093-FH |
|---|---|---|
| Court address<br>811 PORT STREET, ST. JOSEPH, MI 49085 | | Court telephone no.<br>(269) 983-7111 |
| District Court ORI: MI110015J | Circuit Court ORI: MI110015J | |

| THE PEOPLE OF THE STATE OF MICHIGAN v | Defendant's name and address<br>ARTHUR LEE BEEN, JR | Victim or complainant<br>Complaining Witness<br>CHIEF<br>WESLEY SMIGIELSKI |
|---|---|---|
| Co-defendant(s) (if known) | | Date: On or about<br>05/01/2024 - 05/08/2024 |

| City/Twp./Village<br>Coloma Township | County in Michigan<br>BERRIEN | Defendant TCN | Defendant CTN<br>11-24001528-01 | Defendant SID<br>5907721H | | |
|---|---|---|---|---|---|---|
| Defendant DOB | Defendant DLN<br>MI | ☐ Oper./Chauf.<br>☐ CDL | Vehicle Type | Defendant Sex<br>M | Defendant Race<br>W | |
| Police agency report no.<br>7C 24-992 | Charge<br>Sex Offenders - Failure To Register<br>Habitual Offender - Fourth Offense Notice | | | Maximum Penalty | | |

☐ A sample for chemical testing for DNA identification profiling is on file with the Michigan State Police from a previous case.

Witnesses
CHRIS GAGE           WESLEY J. SMIGIELSKI
RYAN MONTGOMERY      TAMMY STEVENS

## STATE OF MICHIGAN, COUNTY OF BERRIEN

**IN THE NAME OF THE PEOPLE OF THE STATE OF MICHIGAN:** The prosecuting attorney for this county appears before the court and informs the court that on the date and at the location described above, the defendant,
**COUNT 1: SEX OFFENDERS - FAILURE TO REGISTER**
did willfully violate the sex offenders registration act by failing to notify authorities of a reportable change in his sex offender registry information; contrary to MCL 28.729(1)(a). [28.729]

FELONY:4 Years and/or $2,000.00

**COUNT 2: HABITUAL OFFENDER - FOURTH OFFENSE NOTICE**
HABITUAL OFFENDER – FOURTH OFFENSE NOTICE
Take notice that the defendant was previously convicted of three or more felonies or attempts to commit felonies in that on or about 10/28/2013 he or she was convicted of the offense of Solicit Sexual Conduct w/ Minor, in violation of 21-1040.13a in the Canadian County Trial Court for Canadian County, in the State of Oklahoma;

And on or about 02/02/2007, he or she was convicted of the offense of Assault with a Dangerous Weapon, in violation of 21-645, in the Oklahoma County Trial Court for Oklahoma County, in the State of Oklahoma;
And on or about 11/21/1997, he or she was convicted of the offense of Hit and Run, in violation of 47-10-102, in the Oklahoma County Trial Court for Oklahoma County, in the State of Oklahoma;

Therefore, defendant is subject to the penalties provided by MCL 769.12. [769.12]

PENALTY: 15 Years

and against the peace and dignity of the State of Michigan.

Prosecuting Attorney

FILED
MAY 12 2025
STACY LOAR-PORTER
BERRIEN COUNTY CLERK

May 12, 2025                                By: ABYrd
Date                                              Amy R. Byrd, P71590

Approved, SCAO
Form MC 200w, Rev. 9/22
MCL 764.1 et seq., MCL 766.1 et seq., MCL 767.1 et seq., MCR 6.101, MCR 6.102

Distribute form to:
Court
Prosecutor
Defendant