# EXHIBIT B

# STATE OF MICHIGAN
## BERRIEN COUNTY TRIAL COURT
### VERDICT FORM

THE PEOPLE OF THE
STATE OF MICHIGAN,

       Plaintiff

vs.

ARTHUR LEE BEEN JR

       Defendant:　　　　　　　　　　　File Number: 2024-036093-FH

_____/

**POSSIBLE VERDICTS: COUNT 1:**
You may return only one verdict on this count. Mark only one box.

☐ Not Guilty

☒ Guilty of Willfully Violating the Sex Offenders Registration Act by Failing to Notify Authorities of a Reportable Change in his Sex Offender Registry Information

J20　　　　　　　　　　　　　　　　　　05/14/2025
_____　　　_____
Foreperson's Number　　　　　　　　　　　　　Date



Page 1 of 1

*[signature]* 5/13/2025

ab 5/13/2025