# EXHIBIT C

{01921407-1}

| ROA Date | ROA Description | ROA Notes | Participant | Charges | Sealed | ROA Time | Seq No. | Created By | Created Date | Updated By | Updated Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/14/2025 | Forms Of Verdict (0149) | | | 1 - SEX OFFENDERS-FAIL TO REGISTER | false | 5/14/2025 | 117 | jsiek | 5/14/2025 | jsiek | 5/15/2025 |
| 5/14/2025 | Hearing Set | Event Type: SENTENCINGDate: 06/30/2025Time: 1:30PMJudge: Angela M. PasulaComm | | | false | 5/14/2025 | 116 | jsiek | 5/14/2025 | jsiek | 5/15/2025 |
| 5/14/2025 | Bond Amended to | smart start tether w/24-7 curfew, no contact order | | 1 - SEX OFFENDERS-FAIL TO REGISTER, 2 - HABITUAL O | false | 5/14/2025 | 115 | jsiek | 5/14/2025 | jsiek | 5/15/2025 |
| 5/14/2025 | Hearing Set | Event Type: Pre-Sentence ReviewDate: 06/27/2025Time: 1:00PMJudge: Comment: | | | false | 5/14/2025 | 114 | jsiek | 5/14/2025 | jsiek | 5/15/2025 |
| 5/14/2025 | Event Resulted | Event Type: JURY TRIALDate: 05/13/2025Time: 8:30AMJudge: Angela M. PasulaComm BEEN Jr , ARTHUR LEE, BC PROSECUTING ATTY, Pasula, | | | false | 5/14/2025 | 113 | jsiek | 5/14/2025 | jsiek | 5/15/2025 |
| 5/12/2025 | Event Resulted | Event Type: STATUS CONFERENCEDate: 05/12/2025Time: 1:30PMJudge: Angela M. P BEEN Jr , ARTHUR LEE, SMIGIELSKI, WESLEY J, Pasula, Ang | | | false | 5/12/2025 | 112 | apavese | 5/12/2025 | jsiek | 5/15/2025 |
| 5/12/2025 | Hearing Set | Event Type: STATUS CONFERENCEDate: 05/12/2025Time: 1:30PMJudge: Angela M. P | | | false | 5/12/2025 | 111 | apavese | 5/12/2025 | jsiek | 5/15/2025 |
| 5/2/2025 | Event Resulted | Event Type: STATUS CONFERENCEDate: 05/02/2025Time: 8:30AMJudge: Angela M. F SMIGIELSKI, WESLEY J, Pasula, Angela M., BC PROSECUTING | | | false | 5/2/2025 | 110 | apavese | 5/2/2025 | jsiek | 5/15/2025 |
| 5/2/2025 | Miscellaneous (MIS) | WAIVER OF RIGHT TO ATTORNEY AND ACKNOWLEDGMENT OF DANGERS OF S | | 1 - SEX OFFENDERS-FAIL TO REGISTER, 2 - HABITUAL O | false | 5/2/2025 | 109 | jsiek | 5/15/2025 | jsiek | 5/15/2025 |
| 4/17/2025 | Motion (No Fee) | DEFENDANT'S MOTION TO DISMISS | | | false | 4/17/2025 | 108 | csanders | 4/22/2025 | csanders | 4/22/2025 |
| 4/17/2025 | Brief (3055) | DEFENDANT'S BRIEF IN SUPPORT OF HIS MOTION IN LIMINEPROOF OF SERVICE | | | false | 4/17/2025 | 107 | csanders | 4/22/2025 | csanders | 4/22/2025 |
| 4/17/2025 | Motion (No Fee) | DEFENDANT'S MOTION IN LIMINE TO PROHIBIT PROSECUTION FROM CLAIMING | | | false | 4/17/2025 | 106 | csanders | 4/22/2025 | csanders | 4/22/2025 |
| 4/17/2025 | Brief (3055) | DEFENDANT'S BRIEF IN SUPPORT OF HIS MOTION TO INTRODUCE CHARACTER | | | false | 4/17/2025 | 105 | csanders | 4/22/2025 | csanders | 4/22/2025 |
| 4/17/2025 | Motion (No Fee) | DEFENDANT'S MOTION TO INTRODUCE CHARACTER EVIDENCE REGARDING WI | | | false | 4/17/2025 | 104 | csanders | 4/22/2025 | csanders | 4/22/2025 |
| 4/17/2025 | Defendant's Witness List (3122) | DEFENDANT'S WITNESS AND EXHIBIT LIST | | | false | 4/17/2025 | 103 | csanders | 4/22/2025 | csanders | 4/22/2025 |
| 4/16/2025 | Brief (3055) | DEFENDANT'S BRIEF IN SUPPORT OF HIS MOTION SEEKING SPECIFIC DISCOVE | | | false | 4/16/2025 | 102 | csanders | 4/22/2025 | csanders | 4/22/2025 |
| 4/16/2025 | Motion (No Fee) | DEFENDANT'S MOTION SEEKING SPECIFIC DISCOVERY | | | false | 4/16/2025 | 101 | csanders | 4/22/2025 | csanders | 4/22/2025 |
| 4/16/2025 | Brief (3055) | DEFENDANT'S BRIEF IN SUPPORT OF HIS MOTION TO DISMISS. PROOF OF SERV | | | false | 4/16/2025 | 100 | csanders | 4/22/2025 | csanders | 4/22/2025 |
| 4/9/2025 | Amended Scheduling Order (3005) | PROOF OF SERVICE | | 1 - SEX OFFENDERS-FAIL TO REGISTER, 2 - HABITUAL O | false | 4/9/2025 | 99 | apavese | 4/9/2025 | apavese | 4/9/2025 |
| 4/9/2025 | Hearing Set | Event Type: STATUS CONFERENCEDate: 05/04/2025Time: 8:30AMJudge: Angela M. F | | | false | 4/9/2025 | 98 | mfranklin | 4/9/2025 | mfranklin | 4/9/2025 |
| 4/9/2025 | Event Resulted | Event Type: STATUS CONFERENCEDate: 05/05/2025Time: 8:30AMJudge: Angela M. Pasula, Angela M., BC PROSECUTING ATTY, BEEN Jr , ARTHI | | | false | 4/9/2025 | 97 | mfranklin | 4/9/2025 | mfranklin | 4/9/2025 |
| 4/1/2025 | Filed Transcript Of (0664) | STATUS CONGERENCE FRIDAY, FEBRUARY 21, 2025 | | | false | 4/1/2025 | 96 | csanders | 4/1/2025 | csanders | 4/1/2025 |
| 4/1/2025 | Replters Notice-Transcript Filed (0665) | AND AFFIDAVIT OF MAILING | | | false | 4/1/2025 | 95 | csanders | 4/1/2025 | csanders | 4/1/2025 |
| 3/24/2025 | Opinion & Order (3057) | REGARDING DEFENDANT'S MOTION FOR RECONSIDERATION; PROOF OF SERV | | | false | 3/24/2025 | 94 | lmcguire | 3/24/2025 | lmcguire | 3/24/2025 |
| 2/21/2025 | Amended Scheduling Order (3005) | ;PROOF OF SERVICE | | | false | 2/21/2025 | 93 | lmcguire | 3/24/2025 | lmcguire | 3/24/2025 |
| 2/21/2025 | Order (ORD) | TO PRODUCE | | | false | 2/21/2025 | 92 | lmcguire | 3/24/2025 | lmcguire | 3/24/2025 |
| 2/21/2025 | Hearing Set | Event Type: JURY TRIALDate: 06/10/2025Time: 8:30AMJudge: Angela M. PasulaComm | | | false | 2/21/2025 | 91 | apavese | 2/21/2025 | apavese | 2/21/2025 |
| 2/21/2025 | Hearing Set | Event Type: STATUS CONFERENCEDate: 05/19/2025Time: 8:30AMJudge: Angela M. F | | | false | 2/21/2025 | 90 | apavese | 2/21/2025 | apavese | 2/21/2025 |
| 2/21/2025 | Event Resulted | Event Type: JURY TRIALDate: 03/04/2025Time: 8:30AMJudge: Angela M. PasulaCom BC PROSECUTING ATTY, SMIGIELSKI, WESLEY J, BEEN Jr , | | | false | 2/21/2025 | 89 | apavese | 2/21/2025 | apavese | 2/21/2025 |
| 2/21/2025 | Event Resulted | Event Type: STATUS CONFERENCEDate: 02/21/2025Time: 8:30AMJudge: Angela M. F Pasula, Angela M., BEEN Jr , ARTHUR LEE, BC PROSECUTIN | | | false | 2/21/2025 | 88 | apavese | 2/21/2025 | apavese | 2/21/2025 |
| 2/18/2025 | Hearing Set | Event Type: JURY TRIALDate: 03/04/2025Time: 8:30AMJudge: Angela M. PasulaComm | | | false | 2/18/2025 | 87 | mfranklin | 2/18/2025 | mfranklin | 2/18/2025 |
| 2/18/2025 | Hearing Set | Event Type: STATUS CONFERENCEDate: 02/21/2025Time: 8:30AMJudge: Angela M. F | | | false | 2/18/2025 | 86 | mfranklin | 2/18/2025 | mfranklin | 2/18/2025 |
| 2/14/2025 | Motion (No Fee) | DEFENDANT'S MOTION FOR CLOSED TRAIL PRCEEDING TO PREVENT PREJUDI | | | false | 2/14/2025 | 85 | csanders | 2/14/2025 | csanders | 2/14/2025 |
| 2/14/2025 | Witness List (WIT) | DEFENDANT'S WITNESS AND EXHIBIT LIST PROOF OF SERVICE | | | false | 2/14/2025 | 84 | csanders | 2/14/2025 | csanders | 2/14/2025 |
| 2/14/2025 | Motion (No Fee) | DEFENDANT'S MOTION TO COMPEL DISCOVERY REGARDING RYAN MONTGOMEF | | | false | 2/14/2025 | 83 | csanders | 2/14/2025 | csanders | 2/14/2025 |
| 2/14/2025 | Objection (No Fee) (OBJ) | DEFENDANT'S OBJECTION TO THE TESTIMONY OF OFFICER BRETT LANGSTON. | | | false | 2/14/2025 | 82 | csanders | 2/14/2025 | csanders | 2/14/2025 |
| 2/14/2025 | Motion (No Fee) | DEFENDANT'S MOTION IN LIMINE TO PROHIBIT PROSECUTION FROM ELICITING | | | false | 2/14/2025 | 81 | csanders | 2/14/2025 | csanders | 2/14/2025 |
| 2/14/2025 | Motion (No Fee) | DEFENDANT'S MOTION IN LIMINE TO PROHIBIT PROSEUTION FROM ELICITING TI | | | false | 2/14/2025 | 80 | csanders | 2/14/2025 | csanders | 2/14/2025 |
| 1/31/2025 | Witness List (WIT) | | | | false | 1/31/2025 | 79 | csanders | 1/31/2025 | csanders | 1/31/2025 |
| 1/27/2025 | Event Resulted | Event Type: JURY TRIALDate: 01/28/2025Time: 8:30AMJudge: Angela M. PasulaComm BEEN Jr , ARTHUR LEE, Pasula, Angela M., SMIGIELSKI, WES | | | false | 1/27/2025 | 78 | apavese | 1/27/2025 | apavese | 1/27/2025 |
| 1/27/2025 | Event Resulted | Event Type: MOTIONDate: 01/27/2025Time: 10:00AMJudge: Angela M. PasulaCommen BEEN Jr , ARTHUR LEE, BC PROSECUTING ATTY, SMIGIELS | | | false | 1/27/2025 | 77 | apavese | 1/27/2025 | apavese | 1/27/2025 |
| 1/23/2025 | Notice Of (m934) | INTENT TO USE CERTIFICATION OF RECORD PURSUANT TO MRE 803(8) AND 90 | | | false | 1/23/2025 | 76 | csanders | 1/24/2025 | csanders | 1/24/2025 |
| 1/23/2025 | Proof Of Service (PSV) | | | | false | 1/23/2025 | 75 | csanders | 1/24/2025 | csanders | 1/24/2025 |
| 1/17/2025 | Brief (3055) | BRIEF IN SUPPORT OF DEFENDANT'S MOTION FOR RECONSIDEATION OF THE C | | | false | 1/17/2025 | 74 | csanders | 1/17/2025 | csanders | 1/17/2025 |
| 1/17/2025 | Motion (No Fee) | DEFENDANT'S MOTION FOR RECONDISERATION OF THE COURT'S OPINION AN | | | false | 1/17/2025 | 73 | csanders | 1/17/2025 | csanders | 1/17/2025 |
| 1/17/2025 | Notice To Appear Filed (1074) | | | 1 - SEX OFFENDERS-FAIL TO REGISTER, 2 - HABITUAL O | false | 1/17/2025 | 72 | apavese | 1/17/2025 | apavese | 1/17/2025 |
| 1/17/2025 | Motion (No Fee) | PROOF OF SERVICE/FOR RECONSIDERATION OF THE COURTS OPINION AND O | | 1 - SEX OFFENDERS-FAIL TO REGISTER, 2 - HABITUAL O | false | 1/17/2025 | 71 | apavese | 1/17/2025 | apavese | 1/17/2025 |
| 1/17/2025 | Brief (3055) | PROOF OF SERVICE/IN SUPP9ORT OF DEFENDANTS MOTION FOR RECONSIDER | | 1 - SEX OFFENDERS-FAIL TO REGISTER, 2 - HABITUAL O | false | 1/17/2025 | 70 | apavese | 1/17/2025 | apavese | 1/17/2025 |
| 1/17/2025 | Hearing Set | Event Type: MOTIONDate: 01/27/2025Time: 10:00AMJudge: Angela M. PasulaComme | | | false | 1/17/2025 | 69 | apavese | 1/17/2025 | apavese | 1/17/2025 |
| 1/17/2025 | Event Resulted | Event Type: STATUS CONFERENCEDate: 01/17/2025Time: 8:30AMJudge: Angela M. F BEEN Jr , ARTHUR LEE, Pasula, Angela M., BC PROSECUTIN | | | false | 1/17/2025 | 68 | apavese | 1/17/2025 | apavese | 1/17/2025 |
| 1/16/2025 | Order Deny Quash Bind Over (0882) | Order AND ORDER;Proof of Service | | 1 - SEX OFFENDERS-FAIL TO REGISTER | false | 1/16/2025 | 67 | mdahlke | 1/16/2025 | mdahlke | 1/16/2025 |
| 12/30/2024 | Motion (No Fee) | DEFENDANT'S MOTIN TO COMPEL DISCOVERY REGARDING ALL DOCUMENTS A | | | false | 12/30/2024 | 66 | csanders | 12/30/2024 | cwade | 1/6/2025 |
| 12/30/2024 | Motion (No Fee) | DEFENDANT'S MOTION FOR DISCOVERY OF CONFIDENTIAL INFORMANT, PROO | | | false | 12/30/2024 | 65 | csanders | 12/30/2024 | csanders | 12/30/2024 |
| 12/30/2024 | Motion For Discovery (0177) | OF THE PRODUCTION OF OFFICERS NOTES, PROOF OF SERVICE | | | false | 12/30/2024 | 64 | csanders | 12/30/2024 | csanders | 12/30/2024 |
| 12/30/2024 | Motion (No Fee) | DEFENDANT'S MOTION TO COMPEL DISCOVERY REGARDING WITNESS CHRIS G | | | false | 12/30/2024 | 63 | csanders | 12/30/2024 | csanders | 12/30/2024 |
| 12/30/2024 | Motion (No Fee) | DEFENDANT'S MOTION FOR DISCOVERY OF AN INTERVIEW OF BROCK O | | | false | 12/30/2024 | 62 | csanders | 12/30/2024 | csanders | 12/30/2024 |
| 12/4/2024 | Hearing Set | Event Type: JURY TRIALDate: 01/28/2025Time: 8:30AMJudge: Angela M. PasulaComm | | | false | 12/4/2024 | 61 | mwendzel | 12/4/2024 | csanders | 12/6/2024 |
| 12/4/2024 | Hearing Set | Event Type: STATUS CONFERENCEDate: 01/17/2025Time: 8:30AMJudge: Angela M. F | | | false | 12/4/2024 | 60 | mwendzel | 12/4/2024 | csanders | 12/6/2024 |
| 12/4/2024 | Event Resulted | Event Type: JURY TRIALDate: 12/17/2024Time: 8:30AMJudge: Angela M. PasulaComm SMIGIELSKI, WESLEY J, Pasula, Angela M., BC PROSECUTING AT | | | false | 12/4/2024 | 59 | mwendzel | 12/4/2024 | csanders | 12/6/2024 |
| 12/4/2024 | Event Resulted | Event Type: STATUS CONFERENCEDate: 12/10/2024Time: 8:30AMJudge: Angela M. F BC PROSECUTING ATTY, Pasula, Angela M., SMIGIELSKI, WESLE | | | false | 12/4/2024 | 58 | mwendzel | 12/4/2024 | csanders | 12/6/2024 |
| 12/2/2024 | Order (ORD) | DEFENSE'S MOTION TO WITHDRAW AS COUNSEL IS GRANTED. PROOF OF SER | | | false | 12/2/2024 | 57 | csanders | 12/2/2024 | csanders | 12/9/2024 |
| 11/25/2024 | Amended Scheduling Order (3005) | PROOF OF SERVICE | | | false | 11/25/2024 | 56 | csanders | 12/2/2024 | csanders | 12/9/2024 |
| 11/15/2024 | Motion To Quash Bind Over (0880) | DEFENDANT'S AMENDED , PROOF OF SERVICE | | | false | 11/15/2024 | 55 | csanders | 11/15/2024 | csanders | 11/15/2024 |
| 11/15/2024 | Brief (3055) | DEFENDANT'S BRIEF IN SUPPORT OF HIS AMENDED MOTION TO QUASH, PROO | | | false | 11/15/2024 | 54 | csanders | 11/15/2024 | csanders | 11/15/2024 |
| 11/14/2024 | Miscellaneous (MIS) | WAIVER OF RIGHT TO ATTORNEY AND ACKNOWLEDGMENT OF DANGERS OF S | | | false | 11/14/2024 | 53 | kfelthouse | 11/14/2024 | csanders | 11/15/2024 |
| 11/14/2024 | Event Resulted | Event Type: MOTIONDate: 11/14/2024Time: 8:30AMJudge: Angela M. PasulaComment: BEEN Jr , ARTHUR LEE, BC PROSECUTING ATTY, Pasula, Ar | | | false | 11/14/2024 | 52 | kfelthouse | 11/14/2024 | csanders | 11/15/2024 |
| 11/13/2024 | Motion (No Fee) | DEFENDANT'S MOTION TO REMAND FOR ADDITIONAL PRELIMINARY EXAMINATI | | | false | 11/13/2024 | 51 | csanders | 11/13/2024 | csanders | 11/15/2024 |
| 11/13/2024 | Appearance (m447) | PRO SE, PROOF OF SERVICE | | | false | 11/13/2024 | 50 | csanders | 11/13/2024 | csanders | 11/15/2024 |
| 11/13/2024 | Request For Discovery (3052) | DEFENDANT'S REQUEST FOR DISCOVERY, PROOF OF SERVICE | | | false | 11/13/2024 | 49 | csanders | 11/13/2024 | csanders | 11/15/2024 |
| 11/13/2024 | Motion To Quash Bind Over (0880) | JUDGE HOWARD ASSIGNED BY BLIND DRAW | | | false | 11/13/2024 | 48 | csanders | 11/13/2024 | csanders | 11/15/2024 |
| 11/5/2024 | Amended Scheduling Order (3005) | PROOF OF SERVICE | | | false | 11/5/2024 | 47 | csanders | 11/6/2024 | kfelthouse | 11/14/2024 |
| 11/5/2024 | Hearing Set | Event Type: STATUS CONFERENCE Date: 12/10/2024 Time: 8:30AM Judge: Angela M. F | | | false | 11/5/2024 | 46 | mfranklin | 11/5/2024 | kfelthouse | 11/14/2024 |
| 11/5/2024 | Hearing Set | Event Type: MOTIONDate: 11/25/2024Time: 8:30AMJudge: Angela M. F | | | false | 11/5/2024 | 45 | mfranklin | 11/5/2024 | kfelthouse | 11/14/2024 |
| 11/5/2024 | Event Resulted | Event Type: STATUS CONFERENCEDate: 12/09/2024Time: 8:30AMJudge: Angela M. F TEICHMAN, DONALD W., BEEN Jr , ARTHUR LEE, Pasula, An | | | false | 11/5/2024 | 44 | mfranklin | 11/5/2024 | kfelthouse | 11/14/2024 |
| 11/4/2024 | Motion (No Fee) | TO WITHDRAW AS COUNSEL, PROOF OF SERVICE | | | false | 11/4/2024 | 43 | csanders | 11/4/2024 | kfelthouse | 11/14/2024 |
| 9/4/2024 | Hearing Set | Event Type: JURY TRIALDate: 12/17/2024Time: 8:30AMJudge: Angela M. PasulaComm | | | false | 9/4/2024 | 42 | rpayne | 9/4/2024 | kfelthouse | 11/14/2024 |
| 9/4/2024 | Hearing Set | Event Type: STATUS CONFERENCEDate: 12/09/2024Time: 8:30AMJudge: Angela M. F | | | false | 9/4/2024 | 41 | kfelthouse | 11/14/2024 | | |
| 9/4/2024 | Event Resulted | Event Type: JURY TRIALDate: 09/13/2024Time: 8:30AMJudge: Angela M. PasulaComm BEEN Jr , ARTHUR LEE, TEICHMAN, DONALD W., SMIGIELSKI | | | false | 9/4/2024 | 40 | rpayne | 9/4/2024 | kfelthouse | 11/14/2024 |
| 9/4/2024 | Event Resulted | Event Type: JURY TRIALDate: 09/12/2024Time: 8:30AMJudge: Angela M. PasulaComm TEICHMAN, DONALD W., Pasula, Angela M., PROSECUTING A | | | false | 9/4/2024 | 39 | rpayne | 9/4/2024 | kfelthouse | 11/14/2024 |
| 9/4/2024 | Event Resulted | Event Type: JURY TRIALDate: 09/12/2024Time: 8:30AMJudge: Angela M. PasulaComm SMIGIELSKI, WESLEY J, BC PROSECUTING ATTY, Pasula, Angela | | | false | 9/4/2024 | 38 | rpayne | 9/4/2024 | kfelthouse | 11/14/2024 |
| 9/4/2024 | Event Resulted | Event Type: JURY TRIALDate: 09/10/2024Time: 8:30AMJudge: Angela M. PasulaComm BEEN Jr , ARTHUR LEE, Pasula, Angela M., SMIGIELSKI, WES | | | false | 9/4/2024 | 37 | rpayne | 9/4/2024 | kfelthouse | 11/14/2024 |
| 8/30/2024 | Amended Scheduling Order (3005) | PROOF OF SERVICE | | 1 - SEX OFFENDERS-FAIL TO REGISTER, 2 - HABITUAL O | false | 8/30/2024 | 36 | lmcguire | 9/9/2024 | kfelthouse | 11/14/2024 |
| 8/30/2024 | Event Resulted | Event Type: STATUS CONFERENCEDate: 08/30/2024Time: 8:30AMJudge: Angela M. F TEICHMAN, DONALD W., Pasula, Angela M., BC PROSECUTING A | | | false | 8/30/2024 | 35 | mdahlke | 8/30/2024 | kfelthouse | 11/14/2024 |
| 8/29/2024 | Brief (3055) | /DEFENDANT'S BRIEF IN SUPPORT OF HIS MOTION TO QUASH; PROOF OF SERV | | | false | 8/29/2024 | 34 | cwade | 8/30/2024 | kfelthouse | 11/14/2024 |
| 8/29/2024 | Motion (No Fee) | /DEFENDANT'S MOTION TO REOPEN PROOFS IN ORDER TO PEFECT MOTION T | | | false | 8/29/2024 | 33 | cwade | 8/30/2024 | kfelthouse | 11/14/2024 |
| 8/12/2024 | Brief (3055) | IN SUPPORT OF REOPENING PROOFS IN ORDER TO PREFECT MOTION TO QUA | | | false | 8/12/2024 | 32 | kfelthouse | 11/14/2024 | kfelthouse | 11/14/2024 |
| 8/12/2024 | Motion (No Fee) | /DEFENDANT'S MOTION TO REPEN PROOFS IN ORDER TO PERFECT MOTION TO | | | false | 8/12/2024 | 31 | cwade | 8/14/2024 | cwade | 8/14/2024 |
| 7/23/2024 | Filed Transcript Of (0664) | PRELIMINARY EXAMINATION THURSDAY JUNE 13, 2024 | | | false | 7/23/2024 | 30 | cwade | 7/23/2024 | cwade | 7/23/2024 |
| 7/23/2024 | Event Resulted | Event Type: CASE CONFERENCEDate: 07/22/2024Time: 8:30AMJudge: Angela M. Pas TEICHMAN, DONALD W., Pasula, Angela M., SMIGIELSKI, WESLEY | | | false | 7/23/2024 | 29 | jsiek | 7/23/2024 | jsiek | 7/23/2024 |
| 7/1/2024 | Proof Of Service (PSV) | | | | false | 7/1/2024 | 28 | lcharles | 7/2/2024 | lcharles | 7/2/2024 |
| 7/1/2024 | Witness List (WIT) | | | | false | 7/1/2024 | 27 | lcharles | 7/2/2024 | lcharles | 7/2/2024 |
| 7/1/2024 | Information Filed (0647) | DEFENDANTS DEMAND FOR DISCOVERY, PROOF OF SERVICE | | 1 - SEX OFFENDERS-FAIL TO REGISTER, 2 - HABITUAL O | false | 7/1/2024 | 26 | lcharles | 7/2/2024 | lcharles | 7/2/2024 |
| 6/21/2024 | Demand for Discovery (3134) | DEFENDANTS DEMAND FOR DISCOVERY, PROOF OF SERVICE | | | false | 6/21/2024 | 25 | lcharles | 6/21/2024 | lcharles | 6/21/2024 |
| 6/14/2024 | Hearing Set | Event Type: JURY TRIALDate: 09/13/2024Time: 8:30AMJudge: Angela M. PasulaComm | | | false | 6/14/2024 | 24 | rpayne | 6/14/2024 | apavese | 6/26/2024 |
| 6/14/2024 | Hearing Set | Event Type: JURY TRIALDate: 09/12/2024Time: 8:30AMJudge: Angela M. PasulaComm | | | false | 6/14/2024 | 23 | rpayne | 6/14/2024 | apavese | 6/26/2024 |
| 6/14/2024 | Hearing Set | Event Type: JURY TRIALDate: 09/11/2024Time: 8:30AMJudge: Angela M. PasulaComm | | | false | 6/14/2024 | 22 | rpayne | 6/14/2024 | apavese | 6/26/2024 |
| 6/14/2024 | Hearing Set | Event Type: JURY TRIALDate: 09/10/2024Time: 8:30AMJudge: Angela M. PasulaComm | | | false | 6/14/2024 | 21 | rpayne | 6/14/2024 | apavese | 6/26/2024 |
| 6/13/2024 | Indigent Defense Atty Assigned (0061) | | | 1 - SEX OFFENDERS-FAIL TO REGISTER | false | 6/13/2024 | 20 | rpayne | 6/14/2024 | apavese | 6/26/2024 |
| 6/13/2024 | Defendant Entry Plea N/Guilty (0694) | | BEEN Jr , ARTHUR LEE | 1 - SEX OFFENDERS-FAIL TO REGISTER | false | 6/13/2024 | 19 | rpayne | 6/14/2024 | apavese | 6/26/2024 |
| 6/13/2024 | Recd Ret F/District Ct (0922) | | | 1 - SEX OFFENDERS-FAIL TO REGISTER | false | 6/13/2024 | 18 | rpayne | 6/14/2024 | apavese | 6/26/2024 |
| 6/13/2024 | Bond Filed (3117) | $3,000 #8595 | | | false | 6/13/2024 | 17 | apavese | 6/26/2024 | apavese | 6/26/2024 |
| 6/13/2024 | Criminal Schedul Order Filed (0687) | Proof of Service | | | false | 6/13/2024 | 16 | apavese | 6/26/2024 | apavese | 6/26/2024 |
| 6/13/2024 | Hearing Set | Event Type: STATUS CONFERENCEDate: 08/30/2024Time: 8:30AMJudge: Angela M. F | | | false | 6/13/2024 | 15 | jsiek | 6/13/2024 | rpayne | 6/14/2024 |
| 6/13/2024 | Hearing Set | Event Type: CASE CONFERENCEDate: 07/22/2024Time: 8:30AMJudge: Angela M. Pas | | | false | 6/13/2024 | 14 | jsiek | 6/13/2024 | rpayne | 6/14/2024 |
| 6/13/2024 | Event Resulted | Event Date: 06/13/2024Time: 8:30AMJudge: Angela M. Pasula Comment: Ev Pasula, Angela M., BEEN Jr , ARTHUR LEE, BC PROSECUTIN | | | false | 6/13/2024 | 13 | rpayne | 6/14/2024 | rpayne | 6/14/2024 |
| 6/13/2024 | Defendant B/O Circuit Ct (0220) | Case Type: FH Noncapital Felony (FH) | | | false | 6/13/2024 | 12 | rpayne | 6/14/2024 | rpayne | 6/14/2024 |
| 6/7/2024 | Event Resulted | Event Type: Pre ExamDate: 06/07/2024Time: 8:30AMJudge: Angela M. PasulaComment BEEN Jr , ARTHUR LEE, BC PROSECUTING ATTY, Pasula, Ar | | | false | 6/7/2024 | 11 | cyoder | 6/7/2024 | cyoder | 6/7/2024 |

| Date | Event | Details | | Flag | Date | # | User | Date | User | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 6/3/2024 | Bond Posted (116) | Bond Type: Cash BondBond Amount: 3000.00Bond Participant: BEEN Jr , ARTHUR LEE | | false | 6/3/2024 | 10 | amedina | 6/3/2024 | amedina | 6/3/2024 |
| 5/30/2024 | Bond Set At (0111) | Bond Type: Surety/Cash BondBond Amount: 3000.00Bond Participant: BEEN Jr , ARTHI | | false | 5/30/2024 | 9 | mwendzel | 5/30/2024 | mwendzel | 5/30/2024 |
| 5/30/2024 | Hearing Set | Event Type: ExamDate: 06/13/2024Time: 8:30AMJudge: Angela M. PasulaComment: | | false | 5/30/2024 | 8 | mwendzel | 5/30/2024 | mwendzel | 5/30/2024 |
| 5/30/2024 | Hearing Set | Event Type: Pre ExamDate: 06/07/2024Time: 8:30AMJudge: Angela M. PasulaComment | | false | 5/30/2024 | 7 | mwendzel | 5/30/2024 | mwendzel | 5/30/2024 |
| 5/30/2024 | Event Resulted | Event Type: Video ArraignmentsDate: 05/30/2024Time: 1:30PMJudge: Comment: Event BEEN Jr | , ARTHUR LEE, BC PROSECUTING ATTY | false | 5/30/2024 | 6 | mwendzel | 5/30/2024 | mwendzel | 5/30/2024 |
| 5/30/2024 | Risk Level (1064) | 5 | | false | 5/30/2024 | 5 | cpressnitz | 5/30/2024 | cpressnitz | 5/30/2024 |
| 5/30/2024 | Hearing Set | Event Type: Video ArraignmentsDate: 05/30/2024Time: 1:30PMJudge: Comment: | | false | 5/30/2024 | 4 | cpressnitz | 5/30/2024 | cpressnitz | 5/30/2024 |
| 5/30/2024 | Recall Of Warrant/Order To Apprehend (m561) | Warrant Status updated to: Recalled for ARTHUR BEEN | BEEN Jr , ARTHUR LEE | false | 5/30/2024 | 3 | aschlaack | 5/30/2024 | aschlaack | 5/30/2024 |
| 5/15/2024 | BENCH WARRANT ISSUED (553) | Warrant Type: WA Warrant IssuedWarrant Status updated to: Issued for ARTHUR BEEI BEEN Jr | , ARTHUR LEE | false | 5/15/2024 | 2 | cpressnitz | 5/15/2024 | cpressnitz | 5/15/2024 |
| 5/15/2024 | DC Case Type Assigned (0160) | Case Type: FY Felony Non-Traffic Cases (FY) | | false | 5/15/2024 | 1 | kfields | 5/15/2024 | kfields | 5/15/2024 |