UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ARTHUR LEE BEEN, JR., | Case No. 1:25-CV-542 |
| Plaintiff, | |
| v. | HON. ROBERT J. JONKER |
| | MAG. JUDGE PHILLIP J. GREEN |
| HON. ANGELA PASULA, GRETCHEN WHITMER, and JAMES GRADY, | |
| Defendants. | |

Arthur Lee Been, Jr.
Plaintiff
*In Pro Per*
24871 28th Avenue
Paw Paw, MI 49079
(405) 906-9999

Thaddeus J. Hackworth (P84996)
Corporate Counsel
Berrien County – Administration
Co-Counsel for Def. Pasula
701 Main Street
St. Joseph, MI 49085
(269) 983-7111
thackworth@berriencounty.org

Kristen L. Rewa (P73043)
Cummings, McClorey, Davis & Acho, PLC
Attorney for Defendant Pasula
2851 Charlevoix Drive, SE, Suite 203
Grand Rapids, MI 49546
(616) 975-7470
krewa@cmda-law.com

Eric Michael Jamison (P75721)
MI Dept of Attorney General (Civil Rights/Liberties)
Civil Rights and Election Division
Attorney for Defendants Grady and Whitmer
525 W. Ottawa Street
P.O. Box 30736
Lansing, MI 48909
(517) 335-7573
(517) 335-7578 Fax
jamisone@michigan.gov

## **CERTIFICATE OF COMPLIANCE REGARDING CONCURRENCE**

Pursuant to LCivR 7.1(d), the undersigned sought concurrence for Defendant Pasula's Motion to Dismiss by e-mail to Plaintiff on May 29, 2025. Plaintiff, via e-mail reply, has declined to concur.

        Respectfully submitted,

        CUMMINGS, McCLOREY, DAVIS & ACHO, P.L.C.

Date: May 30, 2025        */s/ Kristen L.Rewa*_____
        Kristen L. Rewa (P73043)
        Attorneys for Defendants