UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

_____

ARTHUR LEE BEEN, JR.,

    Plaintiff,                                       Hon. Robert J. Jonker
                                                     Mag. Judge Phillip J. Green

vs.

HON. ANGELA PASULA,                       Case No: 1:25-cv-542
GRETCHEN WHITMER,
and JAMES GRADY,

    Defendants.

| | |
|---|---|
| Arthur Lee Been, Jr.<br>Plaintiff<br>In Pro Per<br>34871 28th Ave.<br>Paw Paw, MI 49079<br>(405) 906-9999 | Kristen L. Rewa (P73043)<br>Cummings, McClorey, Davis & Acho, PLC<br>Attorneys for Defendant Pasula<br>2851 Charlevoix Drive, SE, Suite 203<br>Grand Rapids, MI 49546<br>(616) 975-7470<br>krewa@cmda-law.com |
| Thaddeus J. Hackworth (P84996)<br>Corporate Counsel<br>Berrien County – Administration<br>Co-Counsel for Def. Pasula<br>701 Main Street<br>St. Joseph, MI 49085<br>(269) 983-7111<br>thackworth@berriencounty.org | Eric Michael Jamison<br>MI Dept of Attorney General<br>Civil Rights and Election Division<br>Attorney for Defendants Grady and Whitmer<br>525 W. Ottawa Street<br>P.O. Box 30736<br>Lansing, MI 48909<br>(517) 335-7573<br>(517) 335-7578 Fax<br>jamisone@michigan.gov |

## AMENDED PROOF OF SERVICE

      The undersigned certifies that on May 30, 2025 she did serve copies of the *Defendant Hon. Angela Pasula's Motion to Dismiss, Brief in Support of Defendant Hon. Angela Pasula's Motion to Dismiss, Certificate of Compliance Regarding Concurrence,*

{02338840-1 }

and this *Proof of Service* to the Plaintiff via U.S. Mail (at the address of 24871 28th Avenue, Paw Paw, MI 49079-which was returned to our office on July 8, 2025, copy of envelope attached) and on **July 8, 2025 served the above-indicated documents along with this Amended Proof of Service upon Plaintiff at: 34871 28th Avenue, Paw Paw, MI 49079** and counsel noted above via electronic mail. I declare that the statements contained above are true to the best of my information, knowledge, and belief.

Dated: July 8, 2025                                  */s/ Carol A. Richards*
                                                     Carol A. Richards

{02338840-1 }