UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARTHUR LEE BEEN, JR.,

    Plaintiff,

v

HON. ANGELA PASULA DISTRICT JUDGE BERRIEN COUNTY, GOVERNOR GRETCHEN WHITMER, COLONEL JAMES GRADY COLONEL, DIRECTOR OF THE MICHIGAN STATE POLICE, ALL IN THEIR OFFICIAL CAPACITIES,

    Defendants.

No. 1:25-cv-00542

HON. ROBERT J. JONKER

MAG. PHILLIP J. GREEN

**DEFENDANTS' WHITMER AND GRADY'S NOTICE OF SUPPLEMENTAL AUTHORITY**

---

Arthur Lee Been, Jr.
Plaintiff
In Pro Se
34871 28th Ave.
Paw Paw, MI 49079
(405) 906-9999

Kristen Lee Rewa (P73043)
Attorney for Defendant Pasula
Cummings, McClorey, Davis & Acho
2851 Charlevoix Dr SE Ste 203
Grand Rapids, MI 49546-7090
(616) 975-7470
krewa@cmda-law.com

Eric M. Jamison (P75721)
Attorney for Defendant Grady and Whitmer
Michigan Department of Attorney General
State Operations Division
P.O. Box 30754
Lansing, MI 48909
(517) 335-7573
jamisone@michigan.gov

Thaddeus Jeremiah Hackworth (P84996)
Attorney for Defendant Pasula
Corporate Counsel
Berrien County
701 Main St
Saint Joseph, MI 49085-1316
(269) 983-7111
thackworth@berriencounty.org

/

1

## DEFENDANTS' WHITMER AND GRADY'S NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants brief in support of its motion to dismiss mentioned that a motion for stay was pending in the Sixth Circuit Court of Appeals in the class action lawsuit challenging various provisions of the Michigan Sex Offender Registration Act.  (ECF No. 15, PageID.71.)  The motion for stay sought a stay of the final judgment, which was set to take effect on July 21, 2025.  The Sixth Circuit granted the stay.  (Ex A – Stay.)  While the Plaintiffs in the class action lawsuit recently filed a motion for clarification with respect to the scope of the stay, any clarification should not have any impact on the "non-Michigan offense subclass" of which Plaintiff is a member.

Defendants Whitmer and Grady respectfully request that the Court take notice that the Sixth Circuit granted the stay related to the "non-Michigan offense subclass."

/s/ Eric Jamison
Eric Jamison
Assistant Attorney General
Attorney for Whitmer and Grady
State Operations Division
P.O. Box 30754
Lansing, MI 48909
(517) 335-7573
jamisone@michigan.gov
P75721

Dated:  July 9, 2025

2025-0429479-A

2