UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
<u>SOUTHERN DIVISION</u>

ARTHUR LEE BEEN, JR.,

       Plaintiff,

v.

                                        Case No: 1:25-cv-542

ANGELA M. PASULA et al.,

                                        HON. ROBERT J. JONKER

       Defendants.
_____/

## ORDER APPROVING AND ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on October 22, 2025 (ECF No. 23). The Report and Recommendation was duly served on the parties, and no objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 23) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that motion to dismiss filed by Defendants Whitmer and Grady (ECF No. 14) is **GRANTED** and the motion to dismiss filed by Defendant Pasula (ECF No. 17) is **GRANTED**.

**IT IS FURTHER ORDERED** that this matter is **TERMINATED**.

Dated:   November 14, 2025        /s/ Robert J. Jonker
                                                        ROBERT J. JONKER
                                                         UNITED STATES DISTRICT JUDGE