UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARTHUR LEE BEEN, JR.,

    Plaintiff,

v.

                                                      Case No: 1:25-cv-542

ANGELA M. PASULA et al.,                    HON. ROBERT J. JONKER

    Defendants.
_____/

**JUDGMENT**

In accordance with the Order Adopting and Approving Magistrate's Report and Recommendation entered this day, Judgment is entered in favor Defendants and against Plaintiff.

Dated:   November 14, 2025        /s/ Robert J. Jonker
                                                ROBERT J. JONKER
                                               UNITED STATES DISTRICT JUDGE